Tamara N. Cook, #014242
WILLIAMSON LAW GROUP, PLC
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 354-5021
Facsimile: (602) 865-1341
E-mail: tcook@williamsonlawgroup.net
*Attorney for Defendants SAIA Motor Freight Line, LLC and Randall Allan Edmunds*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Garrett Scott McClung, on his own behalf and on behalf of all the surviving children of Christine Lynn Duguid, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Saia Motor Freight Line LLC, a Louisiana limited liability company authorized to transact business in the State of Arizona; Randall Allan Edmunds and Jane Doe Edmunds, husband and wife; Diana Reyes and John Doe Reyes, wife and husband,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Notice is hereby given that on March 14, 2023, Defendant SAIA Motor Freight Line, LLC ("Defendant"), by and through counsel undersigned, with the knowledge and agreement of Co-Defendants Randall Allan Edmunds and Turo, Inc., hereby gives notice of removal of this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for the following reasons:

**A.    THIS COURT HAS DIVERSITY JURIDISCTION PURSUANT TO 28 U.S.C. § 1332.**

Pursuant to 28 U.S.C. § 1332(a)(1), the district courts have jurisdiction of civil matters when the amount in controversy exceeds $75,000 and is between citizens of different states. A corporation is deemed a citizen in the state where it is incorporated and in the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1)(c).

(Page 1)

**1.     There is Complete Diversity Among the Parties.**

**a)** Plaintiff Garrett Scott McClung is an individual residing in the State of Arizona.

**b)** Defendant SAIA is a Louisiana corporation with its principal place of business in the State of Georgia.

**c)** Defendant Edmunds is an individual residing in the State of Nevada.

**d)** Defendant Turo, Inc. is a Delaware corporation with its principal place of business in the State of California.

**e)** Defendant Diana Reyes is an individual residing in the State of Nevada.

**2.     The Amount in Controversy Exceeds $75,000.00.**

Plaintiff has certified that the damages sought would not require Maricopa County Superior Court to assign this case to compulsory arbitration. *See Exhibit 1, Certificate of Compulsory Arbitration.* Maricopa County Superior Court requires compulsory arbitration for amounts valued under $50,000, pursuant to A.R.S Super.Ct.Local Prac.Rules, Maricopa County, Rule 3.10(a). Plaintiff has also stated that this action is a Tier 3 action. *See Exhibit 1, Complaint.* Pursuant to A.R.S. Rules of Civil Procedure, Rule 26.2(c)(3)(c), Tier 3 actions are valued at no less than $300,000. Based on Plaintiff's own representations, amount in controversy exceeds the minimum requirement of $75,000 for diversity jurisdiction.

**3.     Defendants Have Met Their Burden.**

Based on the foregoing, diversity of citizenship exists and Defendant has established by a preponderance of the evidence that the amount in controversy exceeds $75,000. 28 U.S.C. § 1446(c)(2)(B).

**B.     THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

Pursuant to 28 U.S.C. § 1446(b)(1), a notice of removal is timely when filed within 30 days of receiving a copy of the initial pleading that states the claim for relief for the action. Defendant SAIA was served with Plaintiff's Complaint on February 13,

2023. *See Exhibit 1.* This notice of removal is hereby timely filed. 28 U.S.C. § 1446(b)(2)(b).

Pursuant to 28 U.S.C. § 1446(d) and L.R.Civ. 3.6(a), Defendant has filed a copy of this notice of removal with the Maricopa County Superior Court, Arizona. *See Exhibit 2.* Defendant has served this notice on all parties.

Pursuant to 28 U.S.C. § 1446(a) and L.R.Civ 3.6(b), copies of the documents filed in the state court are attached hereto as Exhibit 1.

WHEREFORE, Defendant gives notice that the action pending in Maricopa County Superior Court of Arizona has been removed to the United States District Court for the District of Arizona.

**RESPECTFULLY SUBMITTED** this 14th day of March, 2023.

WILLIAMSON LAW GROUP, PLC

By */s/Tamara Cook*
Tamara N. Cook
4742 N. 24th Street, Suite 300
Phoenix, Arizona  85016
*Attorney for Defendants SAIA Motor Freight Line, LLC and Randall Allan Edmunds*

I certify that the foregoing was electronically filed and automatically forwarded to the Clerk's office using the Court's CM/ECF system this 14th  day of March 2023.

I further certify that a copy of the foregoing was sent via email this same date to the following:

Eddie A. Pantiliat
Melissa Lekha
HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC
14500 N. Northsight Blvd., Ste 101
Scottsdale, AZ 85260
eap@hgplaw.com
mlekha@hgplaw.com
minute@legalcounselors.com
*Attorneys for Plaintiffs*

Andrew R. Peshek
Woner Hoffmaster Peshek & Gintert PC

1  8767 E. Via de Ventura, Ste 201
   Scottsdale, AZ 85258
2  andy@whpglaw.com
   *Attorney for Defendant Turo, Inc.*
3
   By  /s/ S. Moceri
4