# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garrett Scott McClung,<br><br>Plaintiff,<br><br>v.<br><br>SAIA Motor Freight Line LLC, et al.,<br><br>Defendants. | No. CV-23-00452-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice as to Defendant Diana Reyes, only (Doc. 71), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, as to Defendant Diana Reyes only, each party to bear their own costs and attorneys' fees.

Dated this 11th day of April, 2024.

Douglas L. Rayes
United States District Judge