# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garrett Scott McClung, | No. CV-23-00452-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| SAIA Motor Freight Line LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 74), and good cause appearing;

**IT IS ORDERED** that the parties' stipulated motion is **GRANTED**. All claims made against Defendants SAIA Motor Freight Line, LLC and Randall Allan Edmunds by Plaintiff Garrett Scott McClung, individually and on behalf of all surviving children of Christine Lynn Duguid, are hereby dismissed in their entirety with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 27th day of June, 2024.

Douglas L. Rayes
Senior United States District Judge